UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Susan Grabowski,<br><br>    Plaintiff<br><br>v.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>    Defendant | 2:16-cv-01654-JAD-NJK<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 4] |

   Good cause appearing, IT IS HEREBY ORDERED that plaintiff's pro se motion to extend the deadline for her to file an amended complaint (originally scheduled for August 12, 2016), **[ECF No. 4] is GRANTED.  Plaintiff has until September 15, 2016, to file an amended complaint** if she can cure the problems identified in the July 19, 2016, screening order [ECF No. 2].

   DATED: August 16, 2016

_____
Jennifer A. Dorsey
United States District Judge