# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN P. GRABOWSKI, | Case No. 2:16-cv-01654-JAD-NJK |
| Plaintiff(s), | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant(s). | |

On March 6, 2017, the Court ordered that any motions to reverse and/or remand must be filed no later than April 5, 2017. Docket No. 13. To date, Plaintiff has not filed any such motion. Accordingly, the Court **ORDERS** Plaintiff to file a motion to reverse and/or remand, no later than July 14, 2017. Failure to comply with this order will result in the recommended dismissal of this case.

IT IS SO ORDERED.

DATED: June 14, 2017.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE