UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Susan P. Grabowski,<br><br>    Plaintiff<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant | 2:16-cv-01654-JAD-NJK<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 17] |

    In this social-security-benefits appeal, Magistrate Judge Nancy Koppe twice ordered pro se plaintiff Susan Grabowski to file a motion to reverse or remand.[1] Judge Koppe warned Grabowski that if she failed to file the court-ordered motion by July 14, 2017, Judge Koppe would recommend that this case be dismissed.[2] On December 22, 2017, Grabowski still had not filed a motion to reverse or remand, so Judge Koppe issued the forewarned recommendation.[3] Grabowski had until January 5, 2018, to object or otherwise respond to Judge Koppe's recommendation, but she failed in that regard, too.

    "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Koppe's

---

[1] *See* ECF Nos. 13, 16.

[2] ECF No. 16.

[3] ECF No. 17.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

report and recommendation **[ECF No. 17] is ACCEPTED and ADOPTED**. This case is **DISMISSED with prejudice.** The **Clerk of Court** is directed to **CLOSE THIS CASE**.

DATED: January 16, 2018.

_____
U.S. District Judge Jennifer A. Dorsey